# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRIUS JANATSCH

NO. 2024 KW 0914

**NOVEMBER 4, 2024**

---

In Re:  Darrius Janatsch, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-23-02908, DC-23-03309, DC-23-03310, DC-23-04108.

---

BEFORE:  **McCLENDON, WELCH, AND LANIER JJ.**

**WRIT DENIED.** The record reflects a sanity commission was ordered in these cases. When the question of the defendant's mental incapacity to proceed is raised, there shall be no further steps in the criminal prosecution until the defendant is found to have the mental capacity to proceed. See La. Code Crim. P. art. 642. Subsequently, on June 11, 2024, the district court found relator had the capacity to assist with the proceedings. There is no record of a motion for speedy trial or a motion to suppress and the pro se motion for discovery is duplicative. Relator must first file his motions in the district court before seeking relief from this court.

PMc<br>JEW<br>WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT